*In re* STELLA CABALLERO BASTARD.

*Número:* TS-3735          *Resuelto:* 15 de diciembre de 2005

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Israel Pacheco Acevedo*, secretario ejecutivo del Fondo de Fianza Notarial del Colegio de Abogados de Puerto Rico; *Stella Caballero Bastard*, abogada peticionaria que comparece por derecho propio.

## RESOLUCIÓN

Examinada la moción de reconsideración de Stella Caballero Bastard, y habiendo comparecido el Colegio de Abogados para informar que la peticionaria cumplió con el pago de las cuotas atrasadas, se ordena su reinstalación únicamente al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*